UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW HAMPSHIRE


CDS Air Freight, Inc.

    v.                                    Case No. 18-cv-58-JL

North American Training and Logistics, et
al.

                               ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 10, 2018 . "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see</u> <u>also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                */s/ Joseph N. Laplante*
                                            Joseph N. Laplante
                                            United States District Judge

Date: October 2, 2018

cc: Jon C. Cowen, Esq.